

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

In the interest of C.M.S., S.M.S., M.L.S., and O.A.S., children,

\* From the 29th District Court of Palo Pinto County, Trial Court No. C50136.

No. 11-23-00192-CV

\* October 19, 2023

\* Memorandum Opinion by Trotter, J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.